IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MORRIS BARNES and WILLIE ASH,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIV. ACT. NO. 1:21-cv-223-TFM-N |
| | ) |
| **SONY MUSIC ENTERTAINMENT GROUP** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION AND ORDER

On May 2, 2022, the Magistrate Judge entered a Report and Recommendation which recommends the motions to dismiss (Docs. 39, 41, 46) filed pursuant to Fed. R. Civ. P. 12(b)(5) be granted and the remaining defendants be dismissed for failure to properly serve *See* Doc. 69.

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that the motions to dismiss filed by Defendants Jermaine Maudlin, Sony Music Entertainment Group, Def Jam Records, Republic Records Universal Motown Record Group, and Universal Music Group's motion to dismiss (Docs. 39, 41, 46) are **GRANTED**.  Plaintiffs' amended complaint (Doc. 5) is **DISMISSED without prejudice**.

Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 29th day of June 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE